UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

SECURITIES AND EXCHANGE
COMMISSION           Plaintiff,

Case No. 14-cv-09126 (KBF)

-against-

JAY FUNG, et al.           Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Mark J. Astarita**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____   My State Bar Number is 1812270

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Beam & Astarita, LLC
            FIRM ADDRESS: 110 Wall Street, 11th Floor, New York, NY 10005
            FIRM TELEPHONE NUMBER: (973) 559-5566
            FIRM FAX NUMBER: (212)-202-4120

NEW FIRM:   FIRM NAME: Sallah Astarita & Cox, LLC
            FIRM ADDRESS: 60 Pompton Avenue, Verona, New Jersey 07044
            FIRM TELEPHONE NUMBER: (973) 559-5566
            FIRM FAX NUMBER: (201) 608-7888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 23, 2015

_____
ATTORNEY'S SIGNATURE