**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

January 22, 2016

**Filed Electronically on ECF**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: <u>SEC v. Anthony J. Thompson, Jr., Jay Fung, and Eric Van Nguyen, et al.</u>
Case No. 1:14-cv-09126-KBF

Dear Your Honor:

I am an Assistant District Attorney, of counsel to Cyrus R. Vance, Jr., District Attorney, New York County (the "District Attorney"). On January 23, 2015, this Court ordered that the above-reference matter be stayed for either one year or the conclusion of the criminal matter pending in New York State Supreme Court, whichever occurred first. I write to notify the Court that the criminal matter is still pending, and, therefore, to request an extension of this Court's Order staying the civil matter.

The criminal case before Justice Daniel Conviser is still pending and no trial date has been set. On February 18, 2015, the Defense requested several months to submit pre-trial motions, which was granted, and there has been extensive briefing and oral argument. We anticipate that the court will issue its decisions on the various pre-trial motions in February 2016, and set a date for trial at that time.

We believe that all six of the <u>Louis Vuitton</u> factors outlined in the District Attorney's prior letters to this Court (dated December 29, 2014 and January 16, 2015, and incorporated herein by reference) continue to support a stay of the above-captioned matter.

Honorable Katherine B. Forrest
December 19, 2014
Page 2

    The District Attorney therefore seeks an extension of this Court's Order staying the above-referenced matter until the resolution of the criminal case and such other and further relief as the Court deems just and proper.

Respectfully submitted,

Cyrus R. Vance, Jr.
District Attorney
New York County

By: _____
Marc Frazier Scholl
Assistant District Attorney
Of Counsel
212 335-9324
schollm@dany.nyc.gov

cc:

**VIA EMAIL**

    Howard A. Fischer, Esq.
    Securities and Exchange Commission
    fischerh@sec.gov

    Maranda Fritz, Esq.
    Counsel for Anthony Thompson, Jr.
    Maranda.Fritz@thompsonhine.com

    James Sallah, Esq.
    Counsel for Jay Fung
    jds@sallahlaw.com