

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0589

September 27, 2017

**BY ECF**
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re:    **SEC v. Anthony J. Thompson, Jr., Jay Fung, and Eric Van Nguyen, et al., 14-cv-9126 (KBF)**

Dear Judge Forrest,

    We are submitting this status report pursuant to the Court's August 18, 2017 order that continued the stay until September 28, 2017 and directed the parties to report to the Court on or before that date as to whether the criminal trial is proceeding as scheduled. Based on our conversations with representatives of the District Attorney's Office and Thompson's attorney, it is our understanding the trial is still scheduled to begin this morning, although we understand that the parties are discussing a potential resolution. We have also begun settlement discussions with Thompson's counsel.

    If the Court has any questions or requires additional information, please do not hesitate to contact me.

                                          Respectfully submitted,

                                          Howard A. Fischer
                                          (212) 336-0589
                                          fischerh@sec.gov

cc:    Maranda Fritz (via ECF)
       James Sallah (via ECF)
       Brian Kudon (via Email)