UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>ANTHONY J. THOMPSON Jr.,<br>JAY FUNG, and ERIC VAN NGUYEN,<br>　　　　　　　　　　　Defendants,<br><br>-and-<br><br>JOHN BABIKIAN and KENDALL THOMPSON,<br>　　　　　　　　　　　Relief Defendants. | Civil Action No.　14-CV-9126 |

## RETURN OF SERVICE UNDER OATH OF OFFICE
## AFFIDAVIT OF SERVICE

　　　I, GUILLAUME LABELLE, a sworn Bailiff practicing my profession in the Province of Québec, permit number 1035, a member of the Chambre des huissiers de justice du Québec, having my office at 511 d'Armes Place, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-　　THAT I am over twenty-one years old and not party of this action;

2-　　THAT I am a bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-　　THAT I did on the 21st day of September 2016, at 6:30 p.m., serve a copy of a Warning and Summary of the document to be served (Hague Convention Forms - in English and in French); Amended Summons in a Civil Action; Civil Cover Sheet; and Complaint upon ERIC VAN NGUYEN, one of the Defendants in this action, therein named, by leaving the document in a sealed envelope, affixed to the door of his said domicile located at 4332 Beysse Street, in the City of Pierrefonds, Province of Québec, H9H 4W7, Canada, as per client's instructions;

4-　　THAT on the 22nd day of September 2016, a copy of the Warning and Summary of the document to be served (Hague Convention Forms - in English and in French); Amended Summons in a Civil Action; Civil Cover Sheet; and Complaint was sent to ERIC VAN NGUYEN, by ordinary mail to the above-noted address, in a sealed envelope marked "Personal & Confidential";

5-      THAT on September 21, 2016, as per our client request, I waited from 7 am to 12 pm in front of the above-noted address. A neighbor came up to my car to verify why I was waiting there and after a brief conversion he confirmed that ERIC VAN NGUYEN is a resident at the above-noted address;

6-      THIS service was carried out as per the article 10 b) of the Hague Convention Rules – Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

AND I HAVE SIGNED,
This 23rd day of September 2016

GUILLAUME LABELLE
Bailiff of justice