

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0589

June 4, 2018

**BY ECF**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re:    SEC v. Anthony J. Thompson Jr. ("Thompson"), Jay Fung ("Fung"), and Eric Van Nguyen ("Van Nguyen"), et al., 14-cv-9126 (KBF)

Dear Judge Forrest,

    We write with respect to the scheduled June 12, 2018 telephonic prehearing conference in the above-captioned matter. We respectfully request that it be adjourned until either June 27 or June 28, 2018, as the undersigned will be out of the office on vacation on June 12 and travelling during the scheduled time, and thus likely to be unavailable. Counsel for defendants Fung and Thompson have consented to this request. Defendant Van Nguyen has not appeared in this action.

Respectfully submitted,

Howard A. Fischer
(212) 336-0589
fischerh@sec.gov

cc: Maranda Fritz (via ECF)
James Sallah (via ECF)
Roland Riopelle (via ECF)