```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 28, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

   -v-

ANTHONY J. THOMPSON, JR., JAY FUNG,
and ERIC VAN NGUYEN,

           Defendants,
   -and-

JOHN BABIKIAN and KENDALL
THOMPSON,

           Relief Defendants,

NEW YORK COUNTY DISTRICT ATTORNEY,

           Intervenor.
------------------------------------------------------------X

14-cv-9126 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The status conference currently scheduled for Tuesday, July 10, 2018 at 8:30 a.m. is hereby rescheduled to **10:30 a.m. that same day (7/10/18)**. The conference will be **telephonic**; the parties shall provide Chambers will a call-in number ahead of the conference.

SO ORDERED.

Dated:    New York, New York
            June 28, 2018

                                          _____
                                            KATHERINE B. FORREST
                                          United States District Judge