```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 9, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

ANTHONY J. THOMPSON, JR., JAY FUNG,
and ERIC VAN NGUYEN,

                Defendants,
       -and-

JOHN BABIKIAN and KENDALL
THOMPSON,

                Relief Defendants,

NEW YORK COUNTY DISTRICT ATTORNEY,

                Intervenor.
------------------------------------------------------------X

14-cv-9126 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      The status conference currently scheduled for Tuesday, July 10, 2018 at 10:30 a.m. is hereby rescheduled to **11:30 a.m. that same day (7/10/18)**. The conference will be **telephonic**; the parties shall provide Chambers with a call-in number ahead of the conference.

SO ORDERED.

Dated:    New York, New York
            July 9, 2018

                                          _/s/ K. B. Forrest_
                                    KATHERINE B. FORREST
                                   United States District Judge