```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 11, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,

   -v-

ANTHONY J. THOMPSON, JR., JAY FUNG, and ERIC VAN NGUYEN,

         Defendants,
   -and-

JOHN BABIKIAN and KENDALL THOMPSON,

         Relief Defendants,

NEW YORK COUNTY DISTRICT ATTORNEY,

         Intervenor.
------------------------------------------------------------X

14-cv-9126 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On July 10, 2018, the Court held a status conference in the above-captioned matter. As reflected on the transcript of that hearing, the Court ORDERS as follows:

1. The parties shall meet and confer regarding party discovery and non-party discovery on **July 13, 2018 at 2:00 p.m.**;

2. **Not later than July 25, 2018**, any party seeking to compel discovery shall bring a letter motion (which may exceed the Court's typical three-page limit, but the parties are cautioned to do so cautiously);

3. **Not later than August 1, 2018**, the parties shall file any oppositions.

Additionally, the Court schedules a **telephonic** status conference for **September 17, 2018 at 2:00 p.m.**[1]  Plaintiff shall circulate a dial-in number ahead of the call.

SO ORDERED.

Dated:       New York, New York
             July 11, 2018

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge

---

[1] The Court mistakenly offered 1:00 p.m., rather than 2:00 p.m., at the status conference.  If the parties cannot attend on September 17, 2018 at 2:00 p.m., they should put in a letter request to reschedule the conference.

2