```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
------------------------------------------------------------X   DATE FILED: August 2, 2018
SECURITIES AND EXCHANGE                         :
COMMISSION,                                     :
                                                :
                        Plaintiff,              :
            -v-                                 :
                                                :
ANTHONY J. THOMPSON, JR., JAY FUNG,             X
and ERIC VAN NGUYEN,                            :
                                                :
                        Defendants,             :     14-cv-9126 (KBF)
            -and-                               :
                                                :     ORDER
JOHN BABIKIAN and KENDALL                       :
THOMPSON,                                       :
                                                :
                        Relief Defendants,      :
                                                :
NEW YORK COUNTY DISTRICT ATTORNEY,:
                                                :
                        Intervenor.             :
------------------------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

In light of the extension of the discovery deadline granted today, the schedule set forth herein shall now apply:

- The status conference scheduled for **September 17, 2018**, shall remain unchanged (see ECF No. 100);

- All discovery shall now close on **November 28, 2018** (see ECF No. 105.);

- For final dispositive motions, the opening brief shall be due by **December 31, 2018**; any opposition shall be due by **January 22, 2019**; and any reply shall be due by **January 29, 2019**.

- Trial in this matter shall commence on **April 15, 2019**, unless another date is set by the Court.

SO ORDERED.

Dated:    New York, New York
         August 2, 2018

_____
KATHERINE B. FORREST
United States District Judge