```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 14, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                  :
                Plaintiff,        :
         -v-                      :
                                  :
ANTHONY J. THOMPSON, JR., JAY FUNG, X
and ERIC VAN NGUYEN,              :
                                  :
                Defendants,       :      14-cv-9126 (KBF)
         -and-                    :
                                  :          ORDER
JOHN BABIKIAN and KENDALL         :
THOMPSON,                         :
                                  :
                Relief Defendants,:
                                  :
NEW YORK COUNTY DISTRICT ATTORNEY,:
                                  :
                Intervenor.       :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The **telephonic** status conference currently scheduled for Monday,

September 17, 2018, at 2:00 p.m. (see ECF Nos. 100, 106) is hereby rescheduled to

**Thursday, September 27, 2018, at 12:00 p.m.** The parties shall provide

Chambers with a call-in number ahead of the conference, unless the Court orders

otherwise. All other deadlines set forth in the Court's August 2, 2018, Order (ECF No. 106) remain unchanged.

    SO ORDERED.

Dated:    New York, New York
           August 14, 2018

                              KATHERINE B. FORREST
                              United States District Judge