USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

THOMPSON ET AL,

                Defendants.

14-CV-9126 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

This case has been reassigned to the undersigned for all purposes. The September 27, 2018 telephonic status conference is adjourned. In lieu of that conference, attorneys for all parties are directed to attend a status conference before the undersigned on October 5, 2018, at 10:00 a.m. in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Requests for adjournment of the conference will be considered only if made in writing and in accordance with the undersigned's Individual Practices.

**SO ORDERED.**

Dated:    September 20, 2018
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**