USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-5-18_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | 14-cv-09126 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| THOMPSON ET AL, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to Status Conference on October 5, 2018, discovery is stayed for 90 days. Parties are ordered to submit a Joint Status Report on or before January 4, 2019. Parties are ordered to attend a Joint Status Conference on January 8, 2019 at 11:30am in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  October 5, 2018
          New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge