

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER & DIRECT DIAL

HOWARD A. FISCHER
(212) 336-0589

November 8, 2018

**SUBMITTED VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court, S.D.N.Y.
40 Foley Square, Room 435
New York, New York 10007

  Re: <u>SEC v. Thompson, et al., 14 CV 9126 (ALC)</u>

Dear Judge Carter:

  We write to advise the Court that plaintiff Securities and Exchange Commission has filed via ECF the attached Consent and Judgment in the above-captioned matter with respect to defendant Jay Fung

          Respectfully submitted,

          s/ Howard A. Fischer
          Howard A. Fischer
          Senior Trial Counsel

cc: All defendants (via ECF)

Attachments