

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER & DIRECT DIAL

HOWARD A. FISCHER
(212) 336-0589

January 4, 2019

**SUBMITTED VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court, S.D.N.Y.
40 Foley Square, Room 435
New York, New York 10007

      Re: **Securities & Exchange Commission ("SEC") v. Thompson, et al., 14 CV 9126 (ALC)**

Dear Judge Carter:

      We write pursuant to the Court's Order of October 5, 2018 [Docket Entry 109] to advise the Court of the status of this matter. As the Court is aware, on November 28, 2018, the Court entered Judgment as to Defendant Jay Fung (Docket Entry 113).

      After discussions with counsel for defendant Anthony J. Thompson ("Thompson"), the SEC was under the impression that Thompson would agree to the proposed settlement of the above-captioned matter. On November 16, 2018, the SEC sent Thompson's counsel settlement papers for execution. However, as executed settlement documents have not been returned, the SEC is ready to proceed with the rest of the discovery phase, and is prepared to propose a schedule for doing so (including motion practice related to, among other, Thompson's discovery failures) at next week's January 8, 2019 prehearing conference.

      Respectfully submitted,

      s/ Howard A. Fischer
      Howard A. Fischer
      Senior Trial Counsel

cc:    All defendants (via ECF)