USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/8/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,  :  14-cv-09126 (ALC)

 -against-         :  <u>ORDER</u>

THOMPSON ET AL,

         Defendant. :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

 Pursuant to the Status Conference held by the Court on January 8, 2019, the briefing schedule for Plaintiff's Motion for Partial Summary Judgment is as follows:

| | |
|---|---|
| **Plaintiff's Motion for Partial Summary Judgment:** | **February 8, 2019** |
| **Defendant's Response to Plaintiff's Motion:** | **March 1, 2019** |
| **Plaintiff's Reply to Defendant's Response:** | **March 8, 2019** |

Discovery is hereby stayed pending resolution of Plaintiff's Motion for Partial Summary Judgment.

**SO ORDERED.**

Dated: January 8, 2019
    New York, New York

                   ANDREW L. CARTER, JR.
                   **United States District Judge**