USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/5/2019



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0171

February 4, 2019

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: **Securities and Exchange Commission v. Thompson, et al., 14-cv-9126 (ALC)**

Dear Judge Carter,

We write to request a slight modification to the briefing schedule with respect to Plaintiff Securities and Exchange Commission's motion for partial summary judgment against defendant Anthony Thompson, set down in the Court's order of January 8, 2019. The Commission's senior trial counsel assigned to this matter is unexpectedly unavailable for part of this week due to the death of a close family member over the weekend. Accordingly, we request that the briefing schedule be modified, with all dates pushed back one week. If approved, the following schedule would apply:

| | |
|---|---|
| Plaintiff's Motion for Partial Summary Judgment: | February 15, 2019 |
| Defendant's Response to Plaintiff's Motion: | March 8, 2019 |
| Plaintiff's Reply to Defendant's Response: | March 15, 2019 |

We appreciate the Court's consideration of this request. Counsel for defendants Thompson and Jay Fung and relief defendant Kendall Thompson have advised us that they have no objection to the revised schedule. Defendant Eric Van Nguyen and relief defendant John Babikian have not appeared in this action.

Respectfully submitted,

Thomas P. Smith, Jr.
(212) 336-0171
Smithth@sec.gov

cc: Maranda Fritz, Esq. (via ECF)
James Sallah, Esq. (via ECF)
Roland Riopelle, Esq. (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Feb. 5, 2019