**◆PNCBANK**

PNC Bank National Association

CA03213

| ACCOUNT REGISTRATION AND AGREEMENT |
| --- |

Please read the following statement before signing. Under penalties of perjury, I certify (1) that the taxpayer identification number shown on this form is my correct taxpayer identification number, (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of failure to report all interest or dividends or because the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

**Certification Instructions:** Strike out item #(2) above if you have been contacted by the IRS that you are currently subject to backup withholding because of underreporting of interest or dividends on your tax return and the IRS has not terminated that notice. *The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.*

☐ Check this box if you are a non-resident alien.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| ACCOUNT # | PRODUCT | BRANCH | EFFECTIVE DATE | APPLICATION DATE | APPLICATION # |
| --- | --- | --- | --- | --- | --- |
| 9986 | BCK | 00371 | 10/25/2007 | 10/25/2007 | 1-E2C6CB |

Signer(s) for OTC SOLUTIONS LLC

ANTHONY J THOMPSON JR, OWN　　　　　　　　　　)

X _Anthony J. Thompson Jr._
　Signature
X _____
　Signature
X _____
　Signature
X _____
　Signature
X _____
　Signature
X _____
　Signature

| LEGAL TITLE | | TIN | ACCOUNT ADDRESS |
| --- | --- | --- | --- |
| OTC SOLUTIONS LLC | | 1206 | FREDERICK MD 21701 |
| | | | |
| | | | **FOREIGN ADDRESS** |

**PNC Bank internal use only instructions:**
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFORM122C14-0906

---

**Account Number**　　　　9986

**Scan Date**　　　　2007 Oct 26

**Orig Acct Number**

**Orig Bank Number**

**Converted Acct Flag**

AJT-SECNY000001135