```
TRN REF #: 20091201-00032424
--------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                ( Bank ; 020 )

                                         SND DATE: 09/12/01
SRC:FED CALLER:                          EXT:

RPT#           AMT:551,516.65       CUR:USD RATE: 1.       TRDR#
TEST: DUE:                          TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
--------------------------------------------------------------
DBT A/    0021                      CDT D/     9986/         ADV:LTR
DEBIT VAL: 09/12/01                 CREDIT VAL: 09/12/01
AMT:551,516.65 CUR:USD              AMT:551,516.65 CUR:USD
GL RECON: 020                       GL RECON: 040
DEPT:0999                           DEPT:0371
CHASE MANHATTAN BANK                OTC SOLUTIONS LLC
NEW YORK NY
                                    JEFFERSON  MD 21755-7513
SNDR REF NUM:500040033500
ORDERING BNK:/      5912
PENSON FINANCIAL SERVICES INC
CLS


DALLAS TX 75201-
ORIG:
PENSON FINANCIAL         1619)
OTC SOLUTIONS LLC


REF NUM:CAP OF 09/12/01


    **** MESSAGE TEXT ****
```

Bank Record18057

SEC-DANY-E-0011104