USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/6/2019

**THOMPSON HINE**  ATLANTA  CLEVELAND  DAYTON  NEW YORK
CINCINNATI  COLUMBUS

March 5, 2019

*Via ECF*

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY  10007

RE: **Securities and Exchange Commission v. Thompson, et al. 14-cv-9126 (ALC)**

Dear Judge Carter:

I write to request a further modification to the briefing schedule with respect to Plaintiff Securities and Exchange Commission's motion for partial summary judgment against Defendant Anthony Thompson. In response to the request of the Commission, the Court had adjourned the schedule to provide that Defendant's response would be due on March 8, 2019. When I agreed to that date, I failed to take into account that I will be traveling this week and unable to obtain my client's review and execution of certain filings given his current limited availability. I therefore request an extension of time to file opposition to Plaintiff's motion to next Wednesday, March 13, 2019.

I conferred with Plaintiff's counsel and they confirmed that they have no objection so long as their time to reply is also extended to March 22, 2019.

Respectfully submitted,

/s/ *Maranda E. Fritz*

Maranda E. Fritz

cc: Howard Fischer, Esq.
Peter Pizzani, Esq.

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
3/6/2019

Maranda.Fritz@ThompsonHine.com  Fax: 212.344.6101  Phone: 212.908.3966                                    baf

THOMPSON HINE LLP          335 Madison Avenue           www.ThompsonHine.com
ATTORNEYS AT LAW           12th Floor                   O: 212.344.5680
                           New York, New York 10017-4611   F: 212.344.6101