UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY J. THOMPSON, JR., JAY FUNG, and ERIC VAN NGUYEN, <br><br> Defendants, <br><br> and <br><br> JOHN BABIKIAN and KENDALL THOMPSON, <br><br> Relief Defendants, <br><br> NEW YORK COUNTY DISTRICT ATTORNEY, <br><br> Intervenor. | Case No.: 14-cv-9126 (KBF) |

**DECLARATION OF MARANDA FRITZ IN SUPPORT OF ANTHONY J. THOMPSON JR.'S OPPOSITION TO THE PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Maranda Fritz, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am a partner at the law firm of Thompson Hine, LLP, counsel for Defendant Anthony J. Thompson ("Mr. Thompson"). I have been employed as an attorney by Thompson Hine for approximately 5 years.

2. I submit this declaration, made with my personal knowledge, except where otherwise stated, in support of Mr. Thompson's Opposition to the Motion for Partial Summary Judgment filed by the SEC in the above-captioned proceedings.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the Declaration of Brent Baker in support of Defendant Anthony J. Thompson, Jr.'s Motion to Dismiss the Complaint with exhibits 1-34

4. Annexed hereto as exhibit 2 is a true and correct copy of the Amended Complaint *SEC v. Recycle Tech Inc.*, et al., No. 12-cv-21656 JAL (S.D. Fla.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2019

/s/Maranda Fritz
Maranda Fritz