# Exhibit B

# Business Basic Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

Business Basic Checking Account number: ▮▮▮▮7555 - continued

For the period **12/01/2009 to 12/31/2009**
MICROCAPSTER CORP
Primary account number: ▮▮▮▮7555
Page 4 of 5

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/04 | 11.82 | POS Purchase 7-Eleven Rockville MD | POS00MPNR12 0017534 |

## ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/04 | 403.00 | ATM Withdrawal Georgetown Square Bethesda MD | CGTS1 W 0017533 |
| 12/11 | 202.95 | ATM Withdrawal @chevy Chase Lake Chevy Chase MD | UL453MD05 0008736 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/01 | 119.74 | Service Charge Period Ending 11/30/2009 | | |
| 12/11 | 25.74 | International POS Fee Vis 1210 | CD | 30552933087304873345 |
| 12/14 | 21.39 | International POS Fee Vis 1211 | CD | 79876933087304873347 |
| 12/14 | 20.65 | International POS Fee Vis 1212 | CD | 79874933087304873347 |
| 12/15 | 21.37 | International POS Fee Vis 1214 | CD | 54164933087304873349 |
| 12/16 | 20.88 | International POS Fee Vis 1215 | CD | 25690933087304873350 |
| 12/17 | 18.24 | International POS Fee Vis 1216 | CD | 38473933087304873351 |
| 12/18 | 36.00 | Overdraft Item Fee | | 38474933087304873351 |
| 12/18 | 36.00 | Overdraft Item Fee | | 38472933087304873351 |
| 12/21 | 43.28 | International POS Fee Vis 1218 | CD | 26344933087304873354 |
| 12/22 | 36.00 | Overdraft Item Fee | | 26343933087304873354 |
| 12/28 | 20.54 | International POS Fee Vis 1226 | CD | 65808933087304873361 |
| 12/28 | 20.06 | International POS Fee Vis 1224 | CD | 03887933087304873359 |
| 12/28 | 18.93 | International POS Fee Vis 1225 | CD | 65805933087304873361 |
| 12/29 | 18.93 | International POS Fee Vis 1228 | CD | 45338933087304873363 |
| 12/30 | 18.21 | International POS Fee Vis 1229 | CD | 94020933087304873364 |
| 12/31 | 26.36 | International POS Fee Vis 1230 | CD | 39766933087304873365 |
| 12/31 | 18.07 | International POS Fee Vis 1230 | CD | 39768933087304873365 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/22 | 130,000.00 | Int'L Wire Out 022333 | W022333 1222 |
| 12/22 | 219,000.00 | Fed Wire Out 022331 | W022331 1222 |
| 12/23 | 225,000.00 | Fed Wire Out 011279 | W011279 1223 |
| 12/23 | 200,000.00 | Book Trn Debit 011764 | W011764 1223 |
| 12/23 | 125,000.00 | Book Trn Debit 011762 | W011762 1223 |
| 12/23 | 50,000.00 | Fed Wire Out 011281 | W011281 1223 |

DANY 0003969