# Exhibit G

# Free Business Checking

People's Ex. 52a

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 02/27/2010 to 03/31/2010**
OTC SOLUTIONS LLC
Primary account number: 9986

Free Business Checking Account number: 9986 - continued

Page 6 of 6

## Other Deductions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 03/02 | 150,000.00 | Fed Wire Out 027373 | W027373 0302 |
| 03/08 | 100,000.00 | Book Trn Debit 019151 | W019151 0308 |
| 03/11 | 3,750.00 | Fed Wire Out 014364 | W014364 0311 |
| 03/12 | 47,000.00 | Int'L Wire Out 027122 | W027122 0312 |
| 03/12 | 93,099.50 | Fed Wire Out 027123 | W027123 0312 |
| 03/12 | 12,500.00 | Fed Wire Out 027121 | W027121 0312 |
| 03/12 | 10,000.00 | Fed Wire Out 027124 | W027124 0312 |
| 03/12 | 10,000.00 | Fed Wire Out 029919 | W029919 0312 |
| 03/12 | 1,297.50 | Fed Wire Out 029918 | W029918 0312 |
| 03/15 | 102,701.12 | Fed Wire Out 031696 | W031696 0315 |
| 03/15 | 35,000.00 | Book Trn Debit 010527 | W010527 0315 |
| 03/15 | 7,800.00 | Fed Wire Out 031698 | W031698 0315 |
| 03/15 | 7,800.00 | Book Trn Debit 031697 | W031697 0315 |
| 03/15 | 250.00 | Fed Wire Out 010525 | W010525 0315 |
| 03/18 | 100,000.00 | Book Trn Debit 015208 | W015208 0318 |
| 03/25 | 2,000.00 | Book Trn Debit 018803 | W018803 0325 |
| 03/29 | 13,170.00 | Fed Wire Out 013892 | W013892 0329 |
| 03/29 | 1,297.50 | Fed Wire Out 013894 | W013894 0329 |
| 03/30 | 760,000.00 | Int'L Wire Out 017286 | W017286 0330 |
| 03/30 | 90,000.00 | Fed Wire Out 017292 | W017292 0330 |
| 03/30 | 27,500.00 | Fed Wire Out 017291 | W017291 0330 |
| 03/30 | 27,450.00 | Book Trn Debit 017290 | W017290 0330 |
| 03/30 | 1,900.00 | Fed Wire Out 017289 | W017289 0330 |
| 03/30 | 1,900.00 | Fed Wire Out 024293 | W024293 0330 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---:|---:|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Dual Statement Delivery | 1 | 3.00 | |
| Combined Transactions | 14 | .00 | Included in Account |
|   ACH Debits | 1 | .00 | |
|   Checks Paid | 13 | .00 | |
| Wire, Out Automated International | 3 | 60.00 | |
| Wire, Incoming | 7 | 70.00 | |
| Wire, Out Automated Domestic | 16 | 136.00 | |
| Wire, Out Automated Book Transfer | 6 | 36.00 | |
| Pinacle Services | | 14.00 | |
| Total For Services Used This Period | | 319.00 | |
| **Total Service Charge** | | 319.00 | |