

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

December 17, 2020

**VIA ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Court
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

RE:     *SEC v. Thompson, et al.*, No. 14-cv-9126 (ALC) (S.D.N.Y.)

Dear Judge Carter:

Pursuant to this Court's Order of October 16, 2020 (Dkt. 144), Plaintiff Securities and Exchange Commission (the "SEC"), Defendant Anthony J. Thompson, Jr. ("Thompson"), Defendant Jay Fung ("Fung"), and Relief Defendant Kendall Thompson ("Ms. Thompson") respectfully submit this status report.

Counsel for the SEC received executed settlement papers from Thompson and Fung on December 4, 2020. The proposed settlements would resolve the SEC's claims against Thompson, Fung, and Ms. Thompson. Counsel for the SEC has recommended the proposed settlements to its client, the five-member SEC. Although this process typically takes five to six weeks after SEC counsel receives signed settlement papers, SEC counsel anticipates notification of the SEC's acceptance or rejection of the settlement recommendations within the next few days.

If the SEC authorizes the settlements, SEC counsel will promptly request that the Court enter consent judgments in accordance with the proposed resolution.

The parties therefore respectfully propose that they provide a status report by January 14, 2021, if the parties have not filed proposed papers by then that, if approved by the Court, would resolve the SEC's claims against Thompson, Fung, and Ms. Thompson.

Respectfully submitted,

/s/ Mark R. Sylvester
Mark R. Sylvester

Senior Trial Counsel
(212) 336-0159
sylvesterm@sec.gov

*Counsel for Plaintiff Securities and
Exchange Commission*


/s/ Maranda E. Fritz
Maranda E. Fritz
Maranda E. Fritz PC
335 Madison Avenue 12th Floor
New York, New York 10017
(646) 584-8231
maranda@fritzpc.com

*Counsel for Defendant Anthony J.
Thompson, Jr.*


/s/ James D. Sallah
James D. Sallah
Sallah Astarita and Cox, LLC
3010 North Military Trail, Suite 210
Boca Raton, Florida 33431
(561) 989-9080
jds@sallahlaw.com

*Counsel for Defendant Jay Fung*


/s/ Roland G. Riopelle
Roland G. Riopelle
Sercarz & Riopelle, LLP
950 Third Avenue
32nd Floor
New York, NY 10022
212-586-4900
rriopelle@juno.com

*Counsel for Relief Defendant
Kendall Thompson*