UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,         14-cv-9126-ALC

          v.

ANTHONY THOMPSON, ET AL.,

                        Defendants,

### PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT ANTHONY THOMPSON SHOULD NOT BE HELD IN CIVIL CONTEMPT

Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that this Court issue an Order to Show Cause why Anthony Thompson ("Thompson") should not be held in civil contempt for failing to pay the disgorgement obligation ordered by this Court, despite having an ability pay. Since entry of the December 30, 2020 Judgment (the "Judgment"), Thompson has been earning substantial income yet paying *nothing* toward the Court's Judgment. In support of this motion, the Commission submits the Declaration of Maureen Peyton King and attachments thereto and a memorandum of law in support of this motion. For the reasons set forth in the supporting documents, the Commission respectfully requests that the Court grant its motion and enter the proposed Order to Show Cause.

Dated:     New York, New York         s/ Maureen Peyton King
             September 23, 2021          Maureen Peyton King
                                                      Senior Trial Counsel
                                                      Securities and Exchange Commission
                                                      New York Regional Office
                                                      200 Vesey Street, Room 400
                                                      New York, NY 10281-1022
                                                      Tel.: 212-336-0111
                                                      E-mail: kingmp@sec.gov