UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>        v.<br><br>ANTHONY THOMPSON, ET AL.,<br><br>           Defendants, | 14-cv-9126-ALC |

**DECLARATION OF MAUREEN PEYTON KING IN SUPPORT
OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE
WHY DEFENDANT ANTHONY THOMPSON SHOULD NOT
BE HELD IN CIVIL CONTEMPT**

I, Maureen Peyton King, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

  1.  I am a senior trial counsel employed by the Securities and Exchange Commission (the "Commission") in its New York Regional Office. I am a member of the bar of this Court. I am personally familiar with the facts set forth herein.

  2.  I make this declaration in support of the Commission's application for an order to show cause why Defendant Anthony Thompson ("Thompson") should not be held in civil contempt.

  3.  The Final Judgment, Docket Entry 154, imposed on Thompson an obligation to pay within 30 days of entry of the Final Judgment, disgorgement of $624,882.00, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $137,381.00, for a total of $762,263.00.

  4.  To date, Thompson has made no payments toward the Judgment.

5. The Final Judgment states that: "[t]he Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 30 days following entry of this Final Judgment." DE 154.

6. Thompson's pay stub reflects earnings that approximate a $300,000 annual income. Ex. 3.

7. Thus, for the period from January 2021 through July 2021, Thompson's Wells Fargo bank statement for account - 1035 should reflect receipts of around $15,000 (net after taxes of his gross salary of approximately $25,000 per month) or $105,000. Yet, Thompson's bank statements reflect receipts of around $209,000:

| Month  | Deposits     | Exhibit |
|--------|--------------|---------|
| Jan-21 | $27,706.67   | 4       |
| Feb-21 | $20,433.39   | 5       |
| Mar-21 | $34,808.98   | 6       |
| Apr-21 | $38,952.13   | 7       |
| May-21 | $21,396.96   | 8       |
| Jun-21 | $23,969.13   | 9       |
| Jul-21 | $41,896.62   | 10      |
| Total  | $209,163.88  |         |

8. The more than $104,000 in additional, unexpected receipts is mostly attributable to $35,000 in transfers from Thompson's employer, $51,000 from a third party, Lawrence Secrest, and $12,000 from UBS.

| Date     | Payment Reference | Amount Received | Exhibit |
|----------|-------------------|-----------------|---------|
| 12/30/20 | Lawrence Secrest  | $9,000          | 4       |
| 1/19/21  | Lawrence Secrest  | $7,000          | 4       |
| 1/28/21  | Lawrence Secrest  | $15,000         | 5       |

| Date | Payment Reference | Amount Received | Exhibit |
|---|---|---|---|
| 3/1/21 | Lawrence Secrest | $6,000 | 6 |
| 3/5/21 | UBS | $12,000 | 6 |
| 3/18/21 | Lawrence Secrest | $14,000 | 7 |
| 5/18/21 | Sugarloaf Equity Partners Inc. | $10,000 | 9 |
| 6/22/21 | Sugarloaf Equity Partners Inc. | $25,000 | 10 |

9.  Thompson's bank records reflect expenditures of over $206,000 for the January through July 2021 statements:

| Month | Withdrawals | Exhibit |
|---|---|---|
| Jan-21 | $24,546.08 | 4 |
| Feb-21 | $27,910.49 | 5 |
| Mar-21 | $33,973.47 | 6 |
| Apr-21 | $38,458.57 | 7 |
| May-21 | $16,715.71 | 8 |
| Jun-21 | $24,174.74 | 9 |
| Jul-21 | $40,666.57 | 10 |
|  | $206,445.63 |  |

10.  Thompson's January 2017 through July 2021 bank statements show that he has received over $840,000 into his Wells Fargo account -1035.[1] The sources of these funds include: transfers from Bank of America of around $150,000 (Ex. A below), TD Ameritrade of around $50,000 (Ex. B below) and UBS of around $35,000 (Ex. C below); around $150,000 in

---

[1] Commission counsel derived this total from an electronic analysis of the Wells Fargo bank statements, account -1035, that Mr. Thompson produced. Given the volume of statements involved, Commission counsel can produce pdfs or hard copies of the statements to the Court and Mr. Thompson.

transfers from Lawrence W. Secrest and Kirton McKonie PC (Ex. D below); and over $70,000 from Quest Ventures LLC (Ex. E below).[2]

11.     Thompson resides in a 4 bedroom, 3.5 bath residence in Maryland worth around one million dollars.  Ex 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wantagh, New York, on September 23, 2021.

s/*Maureen Peyton King*
Maureen Peyton King

---

[2] The Commission calculated this amount based on electronic versions of the bank records provided.  Summary charts of these records are reflected in the tables below.

**Exhibit A: Bank of American Transfers to Wells Fargo -1035**

| Posted Date | Credits | Remarks |
|---|---|---|
| 10/13/2017 | $10,700.00 | WT Fed Bank of America  N/Org Anthony J Thompson  Srf # 2017101300295835  Trn#099356  Rfb# Lmah9Bu86 |
| 12/4/2017 | $11,750.00 | WT Fed Bank of America  N /Org Tipping Point Ventures LLC Srf # 2017120400327845  Trn#088009  Rfb# Rg3Jltq35 |
| 2/1/2018 | $10,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2018020100337560  Trn#108837  Rfb# E87Txhswq |
| 6/12/2018 | $10,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2018061200298893  Trn#090852  Rfb# T4Nwnqlwr |
| 9/19/2018 | $4,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2018091900290999  Trn#078900  Rfb# Xxxxxxxxxxxx9406 |
| 11/7/2018 | $5,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2018110700049251  Trn#013149  Rfb# Xxxxxxxxxxxx5298 |
| 12/17/2018 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2018121700075669  Trn#019561  Rfb# Xxxxxxxxxxxx8784 |

| Posted Date | Credits | Remarks |
|---|---|---|
| 1/14/2019 | $2,200.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019011400068166  Trn#017824  Rfb# Xxxxxxxxxxxx7768 |
| 7/12/2019 | $5,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019071200272444  Trn#057962  Rfb# Xxxxxxxxxxxx3012 |
| 7/16/2019 | $3,000.00 | WT Fed Bank of America  N/Org Anthony J Thompson  Srf # 2019071600411433  Trn#129933  Rfb# Xxxxxxxxxxxx0726 |
| 7/17/2019 | $2,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019071700401719  Trn#135880  Rfb# Xxxxxxxxxxxx2522 |
| 8/9/2019 | $3,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019080900379420  Trn#123301  Rfb# XxxxxxxxxxxxI 36 |

| Posted Date | Credits | Remarks |
|---|---|---|
| 8/15/2019 | $2,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019081500376267  Trn#143031  Rfb# Xxxxxxxxxxxx4640 |
| 9/16/2019 | $2,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019091600060802  Trn#017632  Rfb# Xxxxxxxxxxxx8210 |
| 9/18/2019 | $2,500.00 | WT Fed Bank of America  N/Org Anthony J Thompson  Srf # 2019091800344922  Trn#090171  Rfb# Xxxxxxxxxxxx9606 |
| 10/21/2019 | $2,500.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019102100338083  Trn#076905  Rfb# Xxxxxxxxxxxx3702 |
| 11/1/2019 | $4,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019110100271978  Trn#046072  Rfb# Xxxxxxxxxxxx8920 |
| 11/7/2019 | $9,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019110700377443  Trn#109068  Rfb# Xxxxxxxxxxxx6352 |

| Posted Date | Credits | Remarks |
|---|---|---|
| 11/27/2019 | $7,500.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019112700431557  Trn#071356  Rfb# Xxxxxxxxxxxx1612 |
| 12/17/2019 | $500.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2019121700525370  Trn#102347  Rfb# Xxxxxxxxxxxx5214 |
| 1/3/2020 | $6,500.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020010300433690  Trn#072227  Rfb# Xxxxxxxxxxxx4832 |
| 1/14/2020 | $2,100.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020011400566180  Trn#130263  Rfb# Xxxxxxxxxxxx6622 |
| 1/30/2020 | $2,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020013000547404  Trn#130742  Rfb# Xxxxxxxxxxxx1106 |

| Posted Date | Credits | Remarks |
|---|---|---|
| 2/3/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020020300631885  Trn#145255  Rfb# Xxxxxxxxxxxx8050 |
| 2/7/2020 | $500.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020020700482880  Trn#113632  Rfb# Xxxxxxxxxxxx2432 |
| 2/12/2020 | $2,500.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020021200042722  Trn#011870  Rfb# Xxxxxxxxxxxx4976 |
| 2/21/2020 | $3,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020022000673542  Trn#014966  Rfb# Xxxxxxxxxxxx2036 |
| 2/27/2020 | $4,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020022700669989  Trn#153571  Rfb# Xxxxxxxxxxxx5898 |
| 3/13/2020 | $5,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020031300665712  Trn#192858  Rfb# Xxxxxxxxxxxx1434 |

| Posted Date | Credits | Remarks |
|---|---|---|
| 3/30/2020 | $5,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020033000552807  Trn#121850  Rfb# Xxxxxxxxxxxx9182 |
| 5/1/2020 | $5,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020050100271920  Trn#071766  Rfb# Xxxxxxxxxxxx5770 |
| 5/14/2020 | $3,500.00 | WT Fed Bank of America  N/Org Anthony J Thompson  Srf # 2020051300586851  Trn#012552  Rfb# Xxxxxxxxxxxx2636 |
| 5/22/2020 | $1,000.00 | WT Fed Bank of America  N/Org Anthony J Thompson  Srf # 2020052200515390  Trn#120581  Rfb# Xxxxxxxxxxxx4956 |
| 6/1/2020 | $4,600.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020060100576578  Trn#136249  Rfb# Xxxxxxxxxxxx4008 |

| Posted Date | Credits | Remarks |
|---|---|---|
| 6/9/2020 | $2,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020060900516139  Trn#120628  Rfb# Xxxxxxxxxxxx2274 |
| 6/18/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020061800403875  Trn#073722  Rfb# Xxxxxxxxxxxx2172 |
| 11/23/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020112300760484  Trn#237239  Rfb# Xxxxxxxxxxxx0896 |
| 11/23/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020112300761460  Trn#237758  Rfb# Xxxxxxxxxxxx1160 |
| 11/23/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020112300761855  Trn#237976  Rfb# Xxxxxxxxxxxx1300 |

| Posted Date | Credits | Remarks |
|---|---|---|
| 11/23/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020112300762188  Trn#238223  Rfb# Xxxxxxxxxxxx1404 |
| 11/23/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020112300762651  Trn#238437  Rfb# Xxxxxxxxxxxx1514 |
| 11/23/2020 | $1,000.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020112300763124  Trn#238821  Rfb# Xxxxxxxxxxxx1654 |
| 11/24/2020 | $850.00 | WT Fed Bank of America  N /Org Anthony J Thompson  Srf # 2020112400325149  Trn#039555  Rfb# Xxxxxxxxxxxx5054 |
| **Total** | **$153,200.00** | |

**Exhibit B: Transfers from TD Ameritrade to Account -1035**

| Posted Date | Credits | Remarks |
|---|---|---|
| 7/27/2020 | $2,200.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20072785486470 Trn#120948 Rfb# 21031366 |
| 7/29/2020 | $5,450.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20072957034674 Trn#051742 Rfb# 21040721 |
| 8/12/2020 | $1,320.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20081266636253 Trn#111136 Rfb# 21111207 |
| 8/21/2020 | $8,000.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20082157132521 Trn#085032 Rfb# 21152709 |
| 8/31/2020 | $5,570.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20083109783217 Trn#168210 Rfb# 21192084 |
| 9/21/2020 | $1,100.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20092157262651 Trn#087031 Rfb# 21290042 |
| 9/25/2020 | $1,500.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20092599571604 Trn#160029 Rfb |
| 9/30/2020 | $7,500.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20093066853093 Trn#198341 Rfb# 21333225 |
| 10/23/2020 | $1,850.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson Srf # Ec20102385586697 Trn#075797 Rfb# 21447898 |

| Date | Amount | Description |
|---|---|---|
| 10/27/2020 | $8,100.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson  Srf # Ec20102778619852  Trn#133651 Rfb# 21462286 |
| 12/3/2020 | $1,575.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson  Srf # Ec20120320149424  Trn#063359 Rfb# 21659384 |
| 12/11/2020 | $2,900.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson  Srf # Ec20121100252561  Trn#046608 Rfb |
| 12/14/2020 | $3,000.00 | WT Seq Td Ameritrade Clearing /Org Anthony J Thompson  Srf # Ec20121400261114  Trn#095971 Rfb# 21725831 |
| **Total** | **$50,065.00** | |

- 15 -

**Exhibit C: Transfers from UBS to Account -1035**

| Posted Date | Credits | Remarks |
|---|---|---|
| 1/11/2018 | $23,000.00 | Ubs Finsvc Dps ACH Xxxxxxxxxxxx9440 Anthony J Thompson Jr |
| 3/5/2021 | $12,000.00 | Ubs Finsvc Dps ACH Xxxxxxxxxxxx5550 Anthony J Thompson Jr |
| **Total** | **$35,000.00** | |

**Exhibit D: Transfers from Secrest and McConkie**

| Posted Date | Credits | Remarks |
|---|---|---|
| 6/25/2020 | $102,650.00 | WT Fed Zions Bancorporati /Org Kirton McConkie PC Srf # 2020062500005282 Trn#155052 Rfb# 52482633 |
| 12/30/2020 | $9,000.00 | WT Fed Pnc Bank N A /Org Lawrence W Secrest Srf 20Cuj0829lq261 Kr Trn#192256 Rfb# 20Cuj0829lq261Kr |
| 1/19/2021 | $7,000.00 | WT Fed Pnc Bank N A /Org Lawrence W Secrest Srf 211 Ji564856J9Q8l Trn#227552 Rfb# 211Ji564856J9Q8l |
| 1/28/2021 | $15,000.00 | WT Fed Pnc Bank N A /Org Lawrence W Secrest Srf 211 Sf2739Cqw12Ss Trn#087280 Rfb# 211Sf2739Cqw12Ss |
| 3/1/2021 | $6,000.00 | WT Fed Pnc Bank N A /Org Lawrence W Secrest Srf 2131L0021 Bgs2lsp Trn#262418 Rfb# 2131L0021 Bgs2lsp |
| 3/18/2021 | $14,000.00 | WT Fed Pnc Bank N A /Org Lawrence W Secrest Srf 213lg2642Nue7Ced Trn#114389 Rfb# 213lg2642Nue7Ced |
| **Total** | **$153,650** | |

**Exhibit E: Transfers from Quest**

| Posted Date | Credits | Remarks |
|---|---|---|
| 3/8/2018 | $2,500.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180308150024H101 Trn#121938 Rfb |
| 3/22/2018 | $5,000.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180322090205H100 Trn#036472 Rfb |
| 4/6/2018 | $21,582.14 | WT Fed Td Bank NA/Org Quest Entertainment Ventures LLC Srf # 180406150037H100 Trn#125049 Rfb |
| 5/17/2018 | $2,952.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180517153036H100 Trn#129172 Rfb |
| 6/5/2018 | $1,063.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180605100035H100 Trn#047671 Rfb |
| 6/11/2018 | $645.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180611163041H100 Trn#154854 Rfb |
| 6/20/2018 | $2,955.60 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180620150049H100 Trn#131082 Rfb |
| 7/12/2018 | $1,758.62 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180712123015H100 Trn#088194 Rfb |
| 7/23/2018 | $15,000.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180723130021H100 Trn#107751 Rfb |

| Date | Amount | Description |
|---|---|---|
| 8/2/2018 | $2,355.78 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180802113046H100 Trn#071584 Rfb |
| 8/13/2018 | $897.92 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180813163047H100 Trn#155116 Rfb |
| 8/16/2018 | $1,100.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180816123031H100 Trn#084694 Rfb |
| 8/22/2018 | $3,500.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180822133052H100 Trn#092772 Rfb |
| 9/7/2018 | $1,709.05 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180907160128H100 Trn#148192 Rfb |
| 9/18/2018 | $2,599.11 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180918170322H100 Trn#149318 Rfb |
| 9/27/2018 | $1,407.93 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 180927100024H100 Trn#058105 Rfb |
| 10/5/2018 | $1,054.67 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 181005103018H100 Trn#057494 Rfb |
| 10/12/2018 | $2,613.68 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 181012160058H100 Trn#151690 Rfb |
| 10/19/2018 | $2,347.35 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLC Srf # 181019150107H100 Trn#125419 Rfb |

| | | |
|---|---|---|
| 10/25/2018 | $675.00 | WT Fed Td Bank NA /Org Quest Entertainment Ventures LLCSrf# 181025143013H100 Trn#117719 Rfb |
| **Total** | **$73,716.85** | |