**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| -against- | 14-cv-09126 |
| ANTHONY J. THOMPSON, JR., ET AL., | ORDER |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/20/21

**ANDREW L. CARTER, JR., United States District Judge:**

On September 23, 2021, Plaintiff filed moved for an order to show cause why Defendant Thompson should not be held in contempt. ECF No. 175. In light of Defendant Thompson's Memorandum in Opposition, Plaintiff's motion for an order to show cause is hereby **DENIED** as moot. Plaintiff is hereby **ORDERED** to respond to Defendant Thompson's allegations regarding establishing a payment plan. Plaintiff should file a written response to this Order by **November 3, 2021** and send a courtesy copy of such response to Chambers on or before November 4, 2021.

**SO ORDERED.**

Dated: October 20, 2021
    New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**