USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/19/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

                    Plaintiff,

-against-

**ANTHONY J. THOMPSON, JR., ET AL.,**

                    Defendants.

14-cv-09126

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the SEC's letter motion for an informal conference. The request is hereby **GRANTED**. The Court will hold a telephonic conference on **Thursday, December 2, 2021 at 2:00PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

The Clerk of the Court is respectfully directed to terminate ECF No. 186.

**SO ORDERED.**

Dated: **November 19, 2021**
      New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**