

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

NEW YORK REGIONAL OFFICE

November 22, 2021

<u>By ECF</u>
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Securities and Exchange Commission v. Thompson, et al.,* 14-cv-9126 (S.D.N.Y.)

Dear Judge Carter:

     I write in response to defense counsel's request to adjourn the December 2 conference in this matter, DE 192. As background, the Commission sought an informal discovery conference in relation to post-judgment discovery it sought from a third-party, which the Court granted, and scheduled for December 2. The Commission respectfully requests to withdraw its motion. After the Commission filed its motion, Mr. Thompson agreed to a Court-ordered payment plan. DE 189. Although Mr. Thompson failed to make his first payment timely, he ultimately made that payment. Assuming Mr. Thompson continues to make payments, the Commission does not need further discovery.

     The Commission sought discovery from Mr. Thompson in order to collect the $762,263 Judgment he owed to the Commission. The Commission's document subpoenas were in no way unwarranted or improper. To the contrary, the subpoenas were necessary to discover assets that can be used to satisfy the unpaid judgment, and were well within the bounds of FRCP 69, which governs discovery in aid of judgment.

I note that Ms. Fritz first contacted me to confer concerning her request after 12pm today. At the time she contacted me, I was in court and unable to respond. Had I had a chance to respond, I would have been able to tell counsel that I agreed with her request and further, was requesting to withdraw the motion for a discovery conference. In any event, the Commission respectfully requests to withdraw its motion for an informal discovery conference.

Respectfully submitted,

s/ *Maureen Peyton King*
Maureen Peyton King
Senior Trial Counsel