```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                         **Plaintiff,**

-against-

ANTHONY THOMPSON, ET AL.,

                         **Defendants.**

14-cv-9126 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters dated November 22, 2021. The conference scheduled for December 2, 2021 is here by **ADJOURNED**.

The Clerk of the Court is respectfully directed to terminated ECF No. 192.

**SO ORDERED.**

Dated:    November 23, 2021
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**