USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/1/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITIES AND EXCHANGE COMMISSION,**

                Plaintiff,

      -against-

**THOMPSON, et al.,**

               Defendants.

**14-cv-9126 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of the Parties' letters dated October 25 and 31, 2023. ECF Nos. 197-201. The Court will hold a telephonic conference in this action on **November 9, 2023 at 2:45 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

Dated:    November 1, 2023
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**