```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE          :
COMMISSION                       :
                                 :
                      Plaintiff, :   14-cv-09126 (ALC)
                                 :
        -against-                :   **ORDER**
                                 :
THOMPSON et al.,                 :
                                 :
                     Defendants. :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court Conference:

- The Plaintiff's Motion to Enforce Judgment at ECF 197 is **DENIED.**

In follow-up from the Conference:

- **November 29, 2023:** Defendant Anthony Thompson is hereby **ORDERED** to submit to this Court the documents Plaintiffs have requested as memorialized in Exhibit 7 of Plaintiff's filing at ECF No. 199.
- **December 12, 2023:** Plaintiff and Defendant Anthony Thompson are hereby **ORDERED** to submit a joint status report to the Court by this date.

**SO ORDERED.**

Dated: November 9, 2023
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge