USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION.,**

        **Plaintiff,**

        -against-

**THOMPSON,** *et al.***,**

        **Defendants.**

**14-cv-09126 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Plaintiff and Defendant Anthony Thompson are hereby **ORDERED** to file a joint status report on or by **February 9, 2024** advising the Court on the current status of the matters discussed in the prior joint status report filed at ECF No. 208.

**SO ORDERED.**

Dated:    **January 26, 2024**
          **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**